**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 24 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| WELLMAN ANDERSON REYES | |

3-14CR-370-M

## INDICTMENT

The Grand Jury Charges:

### Count One
### Attempted Enticement of a Minor
### (Violation of 18 U.S.C. § 2422(b))

From on or about August 26, 2013 through October 28, 2013, in the Dallas Division of the Northern District of Texas, the defendant, **Wellman Anderson Reyes,** using the Internet and a cellular telephone, facilities and means of interstate and foreign commerce, knowingly attempted to persuade, induce and entice a 14-year-old girl, to engage in sexual activity for which the defendant could be charged with a criminal offense, specifically a violation of Sec. 21.11, Texas Penal Code, that is, Indecency with a Child, which makes it a crime to intentionally and knowingly, with a child under the age of 17, with intent to gratify the sexual desire of any person, cause the child to expose the child's genitals.

In violation of 18 U.S.C. § 2422(b).

<u>Count Two</u>
Attempted Transfer of Obscene Material to a Minor
(Violation of 18 U.S.C. § 1470)

On or about September 12, 2013, in the Dallas Division of the Northern District of Texas, the defendant, **Wellman Anderson Reyes**, knowingly used the Internet and a cellular phone, which is a facility and means of interstate and foreign commerce, and attempted to transfer to another individual who had not attained the age of sixteen years, obscene matter, to wit:

The defendant used his cellular phone and the internet to text message an undercover law enforcement detective (believing the detective to be a minor girl who had not attained the age of sixteen years) the following described image: an image of **Wellman Anderson Reyes'** erect penis.

In violation of 18 U.S.C. § 1470

TRUE BILL

*[signature]*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*[signature]*
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.2846
Email: Camille.Sparks@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

WELLMAN ANDERSON REYES

INDICTMENT

18 U.S.C. § 2422(b)
Attempted Enticement of a Minor

18 U.S.C. § 1470
Attempted Transfer of Obscene Material to a Minor

2 Count(s)

A true bill rendered

DALLAS                                          _____ FOREPERSON

Filed in open court this 24th day of September, 2014

                                                                                Clerk

**WARRANT TO ISSUE:** WELLMAN ANDERSON REYES

UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Criminal Matter Pending